# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephanie La'Donna Cary-Blake,<br><br>Plaintiff,<br><br>v.<br><br>Amazon.com Services LLC,<br><br>Defendant. | Case No. 23-CV-2725 (JMB/DLM)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

The Court has received the Report and Recommendation of United States Magistrate Judge Douglas L. Micko. (Doc. No. 7.) No party objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS ORDERED THAT:

1. The Report and Recommendation (Doc. No. 7) is ADOPTED; and

2. This action is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 13, 2024

/s/Jeffrey M. Bryan
Judge Jeffrey M. Bryan
United States District Court